# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| EARL BROWNE, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:16-cv-00990-SGC |
| MIDLAND FUNDING, LLC, et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

On December 13, 2016, a joint stipulation of dismissal was filed, signed by all parties to the above-captioned matter.  (Doc. 16).  Accordingly, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.  FED. R. CIV. P. 41(a)(1)(A)(ii).

**DONE** and **ORDERED** this 22nd day of December, 2016.

*/s/ Staci G. Cornelius*
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE